UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY A. COGAN, *et al.*, | Case No. 2:20-cv-01220-KJD-BNW |
| Plaintiff, | ORDER |
| v. | |
| ARNALDO TRABUCCO, | |
| Defendant. | |

Plaintiffs' Complaint (#1) was filed on June 28, 2020. On October 5, 2020, the Clerk of the Court notified Plaintiffs that proof of service of the summons and complaint within the allowed time was due no later than November 4, 2020. On October 26, 2020, Plaintiffs file a motion for extension of time and for permission to serve Defendant by publication. On December 7, 2020, the magistrate judge denied Plaintiffs' motion to serve by publication. However, the judge did extend the time to effect service for sixty (60) days. Service of the summons and complaint was due to be made no later than February 7, 2021. Since that order, Plaintiffs have taken no action of record. Accordingly, the Court orders Plaintiffs to file proof of service of the summons and complaint no later than twenty-one (21) days from the entry of this order. Failure to file proof that summons and complaint were served within the allotted time, or failure to respond, will result in this action being dismissed without prejudice.

**IT IS SO ORDERED**.

DATED this 7th day of April 2021.

_____
The Honorable Kent J. Dawson
United States District Judge